IN RE NUMODA CORPORATION

No. 121, 2015

Supreme Court of Delaware.

Submitted: October 14, 2015
Decided: October 22, 2015

Court Below: Court of Chancery of the State of Delaware, in and for New Castle County, Consol. C.A. No. 9163–VCN

AFFIRMED.

James L. MARTIN, Plaintiff Below, Appellant,

v.

NATIONAL GENERAL ASSURANCE COMPANY, Defendant Below, Appellee.

No. 297, 2015

Supreme Court of Delaware.

Submitted: September 18, 2015
Decided: November 16, 2015
Rehearing En Banc Denied December 3, 2015

Court Below: Superior Court of the State of Delaware, in and for New Castle County, C.A. No. N13C–01–020 RRC

AFFIRMED.

Charles J. CROSSAN, Plaintiff Below–Appellant,

v.

TRAVELERS INSURANCE COMPANY, Defendant Below–Appellee.

No. 163, 2015

Supreme Court of Delaware.

Submitted: October 28, 2015
Decided: November 17, 2015

Court Below: Superior Court of the State of Delaware in and for New Castle County, C.A. No. N13C–06–258

AFFIRMED.

In the MATTER OF the Petition of Donald BIBLE for a Writ of Mandamus

No. 486, 2015

Supreme Court of Delaware.

Submitted: September 17, 2015
Decided: November 18, 2015

DISMISSED.